EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. _____ CR02 00411 SOM |
| | ) |
| Plaintiff, | ) INDICTMENT |
| | ) [21 U.S.C. §§ 846, 841(a)(1), |
| vs. | ) 18 U.S.C. § 2] |
| | ) |
| RICK K. VO,              (01), | ) |
| BRENDA MARIA COOPER VO, (02), | ) |
| | ) |
| Defendants. | ) |
| | ) |

INDICTMENT

Count 1

The Grand Jury charges that:

From a date unknown but from at least on or about

October 1, 2002, to on or about October 6, 2002, in the District

of Hawaii and elsewhere, the defendants RICK K. VO and BRENDA

MARIA COOPER VO, did conspire together with each other and with

other persons unknown to the Grand Jury, to knowingly and

intentionally distribute and possess with intent to distribute a

quantity of methamphetamine, its salts, isomers and salts of its isomers, in excess of 50 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Overt Acts

In furtherance of the conspiracy and to effect the objectives of this conspiracy, the defendants performed overt acts in the District of Hawaii and elsewhere, including but not limited to:

1.  On or about October 1, 2002, defendants RICK K. VO and BRENDA MARIA COOPER VO traveled from California to Honolulu, Hawaii.

2.  On or about October 3, 2002, defendant BRENDA MARIA COOPER VO arranged to ship via FedEx a quantity of methamphetamine from Honolulu, Hawaii to Playa Del Rey, California.

3.  On or about October 4, 2002, defendants RICK K. VO and BRENDA MARIA COOPER VO stored approximately $37,700 in U.S. currency in a residence in Playa Del Rey, California.

4.  On or about October 5, 2002, defendants BRENDA MARIA COOPER VO and RICK K. VO drove to the Honolulu Airport.

All in violations of Title 21, United States Code, Section 846.

2

                              Count 2

     The Grand Jury further charges that:

     On or about October 4, 2002, in the District of Hawaii

defendants RICK K. VO and BRENDA MARIA COOPER VO did knowingly

and intentionally aid and abet each other in the possession with

intent to distribute a quantity of methamphetamine, its salts,

isomers and salts of its isomers, in excess of fifty (50) grams,

to wit, approximately fifteen pounds, a Schedule II controlled

substance.

     All in violation of Title 21, United States Code,

Section 841(a)(1) and Title 18, United States Code, Section 2.

          DATE: October  9  , 2002, Honolulu, Hawaii.

                              A TRUE BILL

                              /s/
                              _____
                              FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Rick K. Vo, et.al.
Cr. No. _____
INDICTMENT

                               3