cc: ACK
CRM
USA
Atty

**FILED**

UNITED STATES COURT OF APPEALS

JUN 0 1 2004

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | Nos. 03-10699, 04-10029 |
|---|---|
| Plaintiff - Appellee/ Cross-Appellant, | D.C. No. CR-02-411-ACK District of Hawaii, Honolulu |
| v. | |
| RICK K. VO, | ORDER |
| Defendant - Appellant/ Cross-Appellee. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 4 2004

at 11 o'clock and 20 min. A M
WALTER A.Y.H. CHINN, CLERK

The government's motion for voluntary dismissal of its cross-appeal is granted. Appeal no. 04-10029 is dismissed. *See* Fed. R. App. P. 42(b).

Appellant's opening brief in appeal no. 03-10699 was filed on April 9, 2004. Appellee's answering brief remains due on June 1, 2004. Appellant's optional reply brief is due within 14 days after service of the answering brief.

The certified copy of this order sent to the district court shall constitute the mandate for appeal no. 04-10029.

For the Court

/s/ Nanette Won

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 0 1 2004

by: _____
Deputy Clerk

S:\MOATT\Clrkords\05.04\nw\04-10029v.wpd