AO 243
REV 6/82

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District | District of Hawaii | |
|---|---|---|---|
| Name of Movant: Rick Vo | Prisoner No. 95795-012 | | Docket No. CR-02-00411-ACK |

CV07-00052 ACK BMK

Place of Confinement: Taft Correctional Institution (FCI-Low)

(include name upon which convicted)

UNITED STATES OF AMERICA    v.    **RICK K. VO**
(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack U.S District Court, District of Hawaii, 300 Ala Moana Blvd., Honolulu, HI 96850

2. Date of judgment of conviction December 24, 2003

3. Length of sentence 262-Months

4. Nature of offense involved (all counts) Aiding and abetting in the possession with the intent to distribute over fifty-grams of methamphetamine in violation of 18 U.S.C. §2 and 21 U.S.C. §841(a)(1) (Count II)

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. Kind of trial: (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2007

at 4 o'clock and 20 min __M
SUE BEITIA, CLERK

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court **Ninth Circuit Court of Appeals**

   (b) Result **Conviction AFFIRMED**

   (c) Date of result **June 27, 2005**

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court **N/A**

    (2) Nature of proceeding

    (3) Grounds raised

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☐

    (5) Result

    (6) Date of result

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court **N/A**

    (2) Nature of proceeding

    (3) Grounds raised

(3)

AO 243
REV 6/82

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) As to any third petition, application or motion, give the same information:

(1) Name of court  N/A

(2) Nature of proceeding _____
_____

(3) Grounds raised_____
_____
_____
_____
_____
_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____

(6) Date of Result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐ No ☐
(2) Second petition, etc.    Yes ☐ No ☐
(3) Third petition, etc.      Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_____
_____
_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>Petitioner was denied effective assistance of counsel.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
<u>During Petitioner's trial counsel failed to persue a confirmed jury tampering incident that eventually affected the jury's verdict. The incident was reported to the judge but counsel failed to follow up.</u>

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: <u>An issue of ineffective assistance of counsel may be raised only through a motion to vacate, set aside, or correct a sentence.</u>

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Page 6

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?
　　Yes ❏　No ❏

(4) Did you appeal from the denial of your motion, petition, or application?
　　Yes ❏　No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
　　Yes ❏　No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND TWO: __Petitioner was denied effective assistance of counsel.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __Petitioner's counsel failed to object to Petitioner's wife's testimony, under the priviledged communication rule. Thus barring the appeal's court review.__

AO 243
REV 6/82

(e) On appeal  Mihael Weight/Peter Wolff, (same as above)

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: N/A

   (b) Give date and length of the above sentence: 

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

NOV-19-06
(date)

_____
Ricky Vo
Signature of Movant

(7)

## DECLARATION OF MAILING

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOLLOWING MOTION WAS MAILED ON Nov-19-06. TO THE FOLLOWING PARTIES:

_____
_____
_____
_____
_____

Nov-19-06
DATE

*Ricky Vo*
RICK VO
95795-012
P.O. BOX 7001
TAFT, CA. 93268

1. Rick Vo # 95795-012
Taft Correctional Institution
2. P.O. Box 7001
Taft, CA. 93268
3.
4. **AFFIDAVIT IN SUPPORT MOTION TO EXTEND TIME**
5. I, Rick Vo, swear under penalty of perjury that on
6. November 19, 2006, I mailed, by inserting in Taft Correctional
7. Institution's mailbox a § 2255 motion to the Clerk of the District
8. Court for the district of Hawaii. I, further, swear that a
9. copy was also mailed to the Assistant United States Attorney.
10. The motion was addressed as follows:

15. DATED:

16. 1-21-07

RICK VO # 95795-012
P.O. BOX 7001
TAFT, CA. 93268

*/s/ Ricky Vo*

JANUARY 21, 2007

# AFFIDAVIT

I, Eduardo P. Meza, swear under penalty of perjury that the following is true to the best of my knowledge:

On November 19, 2006, Rick Vo Placed an envelope in the Taft Institutional Mailbox. The envelope contained Mr. Vo's section 2255 Motion, and was addressed to the Clerk of The United States District Court, District of Hawaii.

*Eduardo Meza*

Eduardo P. Meza
21069-112
P. O. Box 7001
Taft, CA. 93268

