# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

05/01/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR NO. 02-00411ACK

CASE NAME:    United States of America Vs. Rick Vo

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Alan C. Kay            REPORTER:    Debra Chun

DATE:    05/01/2007              TIME:

COURT ACTION:  EO: As to Defendant (01) Rick Vo- Government's Oral Request for extension to file a response to the Petitioner's Habeas Corpus is hereby Granted.  The Government's Response to the Petitioner's Habeas Petition shall be filed by May 15, 2007, and the deadline for Petitioner Vo's optional reply for 15 days after service of the Government's response.

Submitted by Leslie L. Sai, Courtroom Manager