

RICK VO #95795
TAFT CORRECTIO   A2A
P.O. BOX 7001
TAFT, CALIFORNIA 93268

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 0 4 2007
12:00
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD   C-338
HONOLULU, HAWAII   96850-0338

ATTN: CLERK