

KICK VO # 95795-012
P.O. Box 7001
TAFT-CA 93268

UNITED STATES DISTRICT
300 ALA MOANA
HONOLULU, HAWAII
CLERK

BAKERSFIELD CA 933
JUL 30 2007 PM