**AFFIDAVIT**

I, Rick Vo, hereby swear under penalty of perjury, that I received the Court's decision denying my motion § 2255 on Tuesday, July 3, 2007, during regular mail call at my housing unit A2A. Further, I also swear under penalty of perjury, that I deposited the motion for reconsideration on, Tuesday, July 17, 2007, in the prison mailbox located in my housing unit A2A.

DATED: 9-18-07

Rick Vo 95795-012
Taft Correctional Ins.
P.O. Box 7001
Taft, CA. 93268