UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. SUITE C-338
HONOLULU, HAWAII 96850-0338

CLERK

BAKERSFIELD, CA 933
2007
PM
SEP 19



Return address:

RICK VO 95795-012
TAFT CORRECTIONAL INSTITUTION
P.O. BOX 7001
TAFT, CA 93268

Addressee:

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. SUITE C-338
HONOLULU, HAWAII 96850-0338
CLERK

Postmark: BAKERSFIELD, CA 933 — 2007 SEP 19 PM

