ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 09 2007

at 12 o'clock and 55 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RICK VO | ) |
| | ) |
| | ) CIVIL CASE NO. 07-00052 ACK-BMK |
| | ) |
| V. | ) CRIMINAL CASE NO. 02-00411 ACK |
| | ) |
| UNITED STATES OF AMERICA | ) |

### NOTICE OF APPEAL

Now comes petitioner, Rick Vo, and respectfully gives this Honorable Court notice of appeal. This Honorable Court granted petitioner's request for a certificate of appeal on September 27, 2007.

DATED: OCT-4-2007

Rick Vo 95795-012
Taft Correctional Inst.
P.O.Box 7001
Taft, CA. 93268