Rick Vo Reg. No. 95795-012
Taft Correctional Institution
Taft, CA. 93268

CLERK
United States District Court
District of Hawaii
300 Ala Moana Blvd Suite 338
Honolulu, HI 96850-0338