UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   RICK VO vs. UNITED STATES OF AMERICA

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 02-00411 ACK-01

II  **DATE NOTICE OF APPEAL FILED:**   October 9, 2007

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**            **AMOUNT:**

   **NOT PAID YET:**                  **BILLED:**   10/09/07

   **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**        **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**       **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**   Civil No. 07-0052ACK-BMK (28:2255 petition)

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 15, 2007

To All Counsel of Record as Appellees:

    IN RE:   RICK VO vs. UNITED STATES OF AMERICA

              CR 02-00411 ACK
              CV 07-00052ACK-BMK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on October 9, 2007.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                      Sincerely Yours,
                                      SUE BEITIA, CLERK

                                      by: Laila M. Geronimo
                                          Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
      RICK VO (attorney for appellant)
          w/copy of instructions for civil appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet; CADS