# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** RICK VO vs. UNITED STATES OF AMERICA

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 7-16889

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00411 ACK-01

II. **DATE NOTICE OF APPEAL FILED:** October 9, 2007

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:**                **BILLED:** 10/09/07

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**           **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:** Civil No. 07-0052ACK-BMK (28:2255 petition)

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

**AMENDED NOTIFICATION** _____ **PAID** _____ **F.P.** _____

**DISTRICT COURT CLERK BY:** _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
OCT 18 2007

FILED _____
DOCKETED _____
DATE    INITIAL

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 25 2007
DISTRICT OF HAWAII